JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 8 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )    **1:17-CR-2041-LRS**
                                    )
                Plaintiff,          )    INDICTMENT
                                    )
                                    )    <u>Vios. 1-2:</u>  18 U.S.C. §§ 81, 1153
        vs.                         )             Arson
                                    )
                                    )
KYLE AFTON WARD,                    )
                                    )
                Defendant.          )

The Grand Jury charges:

<u>COUNT ONE</u>

On or about July 24, 2017, in the Eastern District of Washington, within the external boundaries on the Yakama Nation Indian Reservation, in Indian Country, the Defendant, KYLE AFTON WARD, an Indian, did willfully and maliciously set fire to and burn a dwelling located at 1800 Jones Road, Wapato, Washington, in violation of Title 18 United States Code, Sections 81 and 1153.

INDICTMENT                                1

## COUNT TWO

On or about July 19, 2017, in the Eastern District of Washington, within the external boundaries on the Yakama Nation Indian Reservation, in Indian Country, the Defendant, KYLE AFTON WARD, an Indian, did willfully and maliciously set fire to and burn a 2004 Dodge Ram 2500 truck, VIN 3D7KU28D94G126610, in violation of Title 18 United States Code, Sections 81 and 1153.

DATED: August 8, 2017

A TRUE BILL

ig Juror

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Meghan M. McCalla
Assistant United States Attorney

INDICTMENT                                    2