FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JUL 20 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA, )
                Plaintiff, )
vs.                        )
KYLE AFTON WARD,           )
                Defendant. )
_____)

1:17-CR-2041-LRS

VERDICT

The jury must enter a separate finding for each of the following counts: Count 1 and Count 2.

## COUNT 1

1. WE THE JURY in the above-captioned case, UNANIMOUSLY find the Defendant, Kyle Afton Ward, ___GUILTY___ (Not Guilty / Not Guilty By Reason of Insanity / Guilty) of the offense of Arson- that within the external boundaries of the Yakama Indian Reservation, in Indian Country, Kyle Afton Ward, an Indian, did willfully and maliciously set fire and burn a dwelling located at 1800 Jones Road, Wapato, Washington, in violation of 18 U.S.C. §§ 81, 1153, as charged in Count 1 of the Indictment.

## COUNT 2

1. WE THE JURY in the above-captioned case, UNANIMOUSLY find the Defendant, Kyle Afton Ward, ___GUILTY___ (Not Guilty / Not

Guilty By Reason of Insanity / Guilty) of the offense of Arson- that within the external boundaries of the Yakama Indian Reservation, in Indian Country, Kyle Afton Ward, an Indian, did willfully and maliciously set fire and burn a 2004 Dodge Ram 2500 truck, VIN 3D7KU28D94G126610, in violation of 18 U.S.C. §§ 81, 1153, as charged in Count 2 of the Indictment.

DATED this 20ᵗʰ day of July, 2018.