Joseph H. Harrington
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KYLE AFTON WARD,

Defendant.

1:17-CR-2041-LRS-1

STIPULATION FOR ORDER
OF RESTITUTION

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney, for the Eastern District of Washington, and Meghan M. McCalla, Assistant United States Attorneys for the Eastern District of Washington, and Alex B. Hernandez, attorney for the Defendant, hereby stipulate to the entry of an Order of Restitution in the total amount of $25,000.00, set forth as follow:

1. Restitution in the amount of $25,000.00 shall be paid to Annie Wapato for reimbursement related to the arsons charged in this case.

Stipulation for Restitution - 1

Dated: November 14, 2018.

Joseph H. Harrington
United States Attorney

MEGHAN M. McCALLA
Assistant United States Attorney

ALEX B. HERNANDEZ
Counsel for Defendant

KYLE AFTON WARD
Defendant

Stipulation for Restitution - 2