PROB 12C
(6/16)

Report Date: April 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle Afton Ward | Case Number: 0980 1:17CR02041-LRS-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 15, 2018

| | | |
|---|---|---|
| Original Offense: | Two Counts: Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence: | Prison - 46 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | AUSA | Date Supervision Commenced: October 29, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 21, 2021.<br><br>On October 30, 2020, Mr. Ward reported by telephone to his supervising officer upon release from custody. Mr. Ward reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On January 26, 2021, Mr. Ward reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit Resource Services (Merit) color line system daily and when his color (brown) was called, he was to report to Merit and submit to a drug screen. |

Prob12C
**Re: Ward, Kyle Afton**
**April 14, 2021**
Page 2

        On February 23, 2021, Mr. Ward called this officer to report he relapsed and consumed methamphetamine on or about February 21, 2021. Mr. Ward disclosed his relapse prior to submitting to a random drug screen at Merit.

2      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about March 19 and 29, 2021, and on or about April 6, 2021.

        On October 30, 2020, Mr. Ward reported by telephone to his supervising officer upon release from custody. Mr. Ward reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

        On January 26, 2021, Mr. Ward reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit color line system daily and when his color (brown) was called, he was to report to Merit and submit to a drug screen.

        On March 19, 2021, Mr. Ward submitted to a drug screen at Merit that was presumptive positive for methamphetamine. The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing. On April 1, 2021, the results from Alere were positive for methamphetamine.

        On March 29, 2021, Mr. Ward submitted to a drug screen at Merit that was presumptive positive for methamphetamine. The specimen was sent to Alere for confirmation testing. On April 12, 2021, the results from Alere were positive for methamphetamine.

        On April 6, 2021, Mr. Ward submitted to a drug screen at Merit that was presumptive positive for methamphetamine. The specimen was sent to Alere for confirmation testing. On April 12, 2021, the results from Alere were positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 14, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Ward, Kyle Afton**
**April 14, 2021**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

April 14, 2021
_____
Date