PROB 12C
(6/16)

Report Date: August 6, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle Afton Ward | Case Number: 0980 1:17CR02041-LRS-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 15, 2018

| | | |
|---|---|---|
| Original Offense: | Cts. 1-2: Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence: | Prison - 46 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 29, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/14/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by being arrested by the Toppenish Police Department (TPD) for fourth degree assault domestic violence (DV) on August 3, 2021, case number C00027773.<br><br>On October 30, 2020, Mr. Ward reported by telephone to his supervising officer upon release from custody. Mr. Ward reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>Per TPD report number 21P3327, on August 3, 2021, officers were detailed to 714 Washington Avenue, Toppenish, Washington, in reference to a DV assault that had just occurred. Dispatch advised the two male subjects were separated at the time of the call. Officers arrived and contacted MC and Kyle Ward.<br><br>In summary, officers learned Mr. Ward had become agitated with MC because he felt MC was telling him what to do. Mr. Ward forced his way into MC's room and began yelling at him. MC moved the verbal argument into the kitchen in order to protect his toddler-aged child who was in the room. |

Once in the kitchen, MC stated Mr. Ward began grabbing and pushing him. During the process, they exited the kitchen and ended up outside. MC stated he did not assault Mr. Ward, in fact, he backed away from the confrontation. Mr. Ward admitted to grabbing and pushing MC.

Officers spoke to CM and RW who were both on the scene. Both confirmed there was a heated argument and Mr. Ward was the aggressor. RW witnessed Mr. Ward pushing and shoving MC. CM said she only heard the door being forced open and the yelling.

Officer Shah asked if there was damage to the door and he was told that no damage occurred. He confirmed MC and Mr. Ward are brothers-in-law and they reside together in the same residence making it a mandatory DV arrest situation. It should be noted that Mr. Ward is an enrolled Yakama Tribal member; however, MC is not.

Mr. Ward was handcuffed, searched incident to arrest, and transported to the police department by Officer Pena. Officer Knight completed a DV packet with MC and took photos of the red marks he sustained. Officer Shah completed a criminal citation and detailed the police department with it. At the police department, the citation was given to Officer Pena, who then transported Mr. Ward to the Sunnyside jail for booking.

On August 4, 2021, Mr. Ward made an initial appearance at the Sunnyside Municipal Court, case number C00027773, and was arraigned on the charge of assault fourth degree DV. Mr. Ward has bail set at $2,500.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 6, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C

**Re: Ward, Kyle Afton**
**August 6, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 9, 2021
Date