PROB 12C
(6/16)

Report Date: February 8, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Kyle Afton Ward | | Case Number: 0980 1:17CR02041-LRS-1 | |
| Address of Offender: | | Toppenish, Washington 98948 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 15, 2018

| | |
|---|---|
| Original Offense: | Cts. 1-2: Arson, 18 U.S.C. §§ 81 and 1153 |
| Original Sentence: | Prison - 46 months     Type of Supervision: Supervised Release |
| | TSR - 48 months |
| Revocation Sentence: (October 7, 2021) | Prison - Time Served (45 days) |
| | TSR - 57 months |
| Asst. U.S. Attorney: | Todd Swensen     Date Supervision Commenced: October 7, 2021 |
| Defense Attorney: | Nick Mirr     Date Supervision Expires: July 6, 2026 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, cocaine, on or about December 6, 2021.

On October 8, 2021, this officer met with Mr. Ward at his residence after his release from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

On October 8, 2021, Mr. Ward reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit Resource Services (Merit) color line system daily and when his color (brown) was called,

Prob12C
**Re: Ward, Kyle Afton**
**February 8, 2022**
**Page 2**

    he was to report to Merit and submit to a drug screen. Mr. Ward was instructed to call the color line once he returned from completing inpatient treatment services in Spokane, Washington.

    On December 6, 2021, Mr. Ward reported to Merit and submitted to a drug screen. The urine specimen was presumptive positive for cocaine and it was sent to Alere Toxicology Services (Alere) for further analysis.

    On December 12, 2021, Alere reported the specimen provided by Mr. Ward was positive for cocaine.

2    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 24, 2022.

    On October 8, 2021, this officer met with Mr. Ward at his residence after his release from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

    On October 8, 2021, Mr. Ward reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit color line system daily and when his color (brown) was called, he was to report to Merit and submit to a drug screen. Mr. Ward was instructed to call the color line once he returned from completing inpatient treatment services in Spokane, Washington.

    On January 27, 2022, Mr. Ward reported to Merit and submitted to a drug screen. The urine specimen was presumptive positive for methamphetamine. Mr. Ward admitted to the Merit technician that he consumed methamphetamine. Mr. Ward reviewed and signed an admission of use report.

3    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming alcohol on or about January 24, 2022.

    On October 8, 2021, this officer met with Mr. Ward at his residence after his release from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

Prob12C
**Re: Ward, Kyle Afton**
**February 8, 2022**
**Page 3**

On January 27, 2022, Mr. Ward contacted this officer to report he had consumed alcohol on January 24, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 8, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

February 8, 2022
Date