PROB 12C
(6/16)

Report Date: October 21, 2022

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kyle Afton Ward | Case Number: 0980 1:17CR02041-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇ Toppenish, Washington 98948 | |
| Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: November 15, 2018 | |
| Original Offense:    Counts 1 and 2: Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence:   Prison - 46 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:  Prison - Time Served (45 days)<br>(October 7, 2021)     TSR - 57 months | |
| Asst. U.S. Attorney:   Todd Swensen | Date Supervision Commenced: October 7, 2021 |
| Defense Attorney:     Nick Mirr | Date Supervision Expires: July 6, 2026 |

## PETITIONING THE COURT

To issue a summons.

On October 8, 2021, this officer met with Mr. Ward at his residence after he released from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about September 29, 2022. |
| | On September 29, 2022, Mr. Ward reported to Merit Resource Services (Merit), for urinalysis (UA) testing.  Mr. Ward admitted to the UA technician that he relapsed and consumed methamphetamine.  Mr. Ward reviewed and signed a drug use admission form. |

Prob12C
**Re: Ward, Kyle Afton**
**October 21, 2022**
**Page 2**

2  **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by being in noncompliance with his treatment plan at Merit, as he was expelled from his group on October 13, 2022.

On October 13, 2022, Mr. Ward showed up to his outpatient treatment group at Merit in Toppenish, Washington, intoxicated.  Mr. Ward's counselor directed Mr. Ward to leave the group as he smelled of alcohol and his behavior was erratic.

On October 19, 2022, this officer contacted Merit to follow up on Mr. Ward's treatment status in regard to his relapse on September 29, 2022.  At this time, the undersigned was informed that Mr. Ward was not currently participating in his outpatient treatment program due to the incident that occurred the previous week. Mr. Ward is currently pending the scheduling of a staff meeting with his counselor and the clinical supervisor to address his behavior and modify his treatment plan.

3  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by consuming alcoholic beverages, on or about October 13, 2022.

On October 19, 2022, this officer contacted Mr. Ward to follow up on the incident that occurred on October 13, 2022, where he was expelled from his group.  This officer asked Mr. Ward what happened. Mr. Ward stated that on October 13, 2022, he had been consuming alcoholic beverages, to include beer and liquor.  He stated to have showed up intoxicated to his treatment group and was told to leave.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Ward, Kyle Afton**
**October 21, 2022**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

October 24, 2022
Date