PROB 12C
(6/16)

Report Date:  November 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Afton Ward                    Case Number: 0980 1:17CR02041-LRS-1

Address of Offender: ███████████████ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 15, 2018

| | |
|---|---|
| Original Offense: | Counts 1-2: Arson, 18 U.S.C. §§ 81, and 1153 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 46 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 7, 2021) | Prison - Time Served (45 days)<br>TSR - 57 months | |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: October 7, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: July 6, 2026 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 10/21/2022.

On October 8, 2021, this officer met with Mr. Ward at his residence after he released from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about October 24, 2022, and on or about November 4, 2022.

On October 24, 2022, Mr. Ward reported to Merit Resource Services (Merit) for urinalysis (UA) testing. Mr. Ward admitted to the UA technician that he relapsed and consumed methamphetamine. Mr. Ward reviewed and signed a drug use admission form. The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing.

**Prob12C**
**Re: Ward, Kyle Afton**
**November 9, 2022**
**Page 2**

On November 2, 2022, the results were received from Alere and confirmed the specimen was positive for methamphetamine.

On November 4, 2022, Mr. Ward reported to Merit for UA testing. Mr. Ward admitted to the UA technician that he relapsed and consumed methamphetamine. Mr. Ward reviewed and signed a drug use admission form.  The specimen was sent to Alere for confirmation testing. As of the date of this report, the results have not been received from Alere.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 9, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

November 9, 2022

Date