PROB 12C
(6/16)

# United States District Court

### for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 15, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kyle Afton Ward | Case Number: 0980 1:17CR02041-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮  Toppenish, Washington 98948 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: November 15, 2018 | |
| Original Offense: Counts 1-2: Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence: Prison - 46 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 7, 2021)  Prison - Time Served (45 days); TSR - 57 months | |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: October 7, 2021 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: July 6, 2026 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/21/2022, 11/9/2022 and 11/30/2022.

On October 8, 2021, this officer met with Mr. Ward at his residence after he released from serving his revocation sentence and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by being in noncompliance with his treatment plan at Merit Resource Services (Merit), as he was unsuccessfully discharged from treatment services on January 25, 2023. |
| | On January 25, 2023, this officer received notice from Mr. Ward's counselor at Merit that Mr. Ward was discharged from treatment due to his unsatisfactory response to treatment and failed urinalysis (UA) tests. |

Prob12C
**Re: Ward, Kyle Afton**
**February 15, 2023**
**Page 2**

| | | |
|---|---|---|
| 7 | | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 18, 2023.

On January 20, 2023, after his revocation hearing, which was subsequently continued for 60 days, Mr. Ward met with U.S. Probation Officer Phil Casey and admitted to having consumed methamphetamine on or about January 18, 2023.

8   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 26, 2023

On January 26, 2023, Mr. Ward reported to Merit for UA testing. Mr. Ward admitted to the UA technician that he relapsed and consumed methamphetamine. Mr. Ward reviewed and signed a drug use admission form.

9   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming controlled substances, methamphetamine and marijuana, on or about February 6, 2023.

On February 6, 2023, Mr. Ward reported to Merit for UA testing. Mr. Ward admitted to the UA technician that he relapsed and consumed methamphetamine. Mr. Ward reviewed and signed a drug use admission form.

10   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ward is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 14, 2023.

On February 15, 2023, Mr. Ward reported by telephone that he would be submitting to UA testing at Merit today. Mr. Ward was asked if he would be clean. Mr. Ward stated that he

Prob12C
**Re: Ward, Kyle Afton**
**February 15, 2023**
**Page 3**

may still have marijuana in his system from last UA collected. This officer asked Mr. Ward if he consumed methamphetamine and Mr. Ward stated he consumed methamphetamine a day prior.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 15, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 16, 2023
Date